UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      CASE NO.: 17-CR-20904-UU
    Plaintiffs,
v.

DANIEL ANGEL RODRIGUEZ,

    Defendant.
_____/

### QUINTERO BROCHE, P.A. AND SEITLES & LITWIN, P.A.'S MOTION TO WITHDRAW AS COUNSELS FOR DEFENDANT, DANIEL ANGEL RODRIGUEZ

COMES NOW, the law firms of **QUINTERO BROCHE, P.A. AND SEITLES & LITWIN, P.A.**, who have made an appearance in this action, and respectfully move for an order permitting Frank Quintero, Jr., Esq. of Quintero Broche, P.A. and Marc Seitles, Esq. of Seitles & Litwin, P.A. to withdraw as counsels of record for Defendant, Daniel Angel Rodriguez (hereinafter "Defendant"), and as grounds for the instant motion state as follows:

1. Trial in this matter is set for May 29, 2018.

2. Frank Quintero, Jr., Esq. of Quintero Broche, P.A. and Marc Seitles, Esq. of Seitles & Litwin, P.A. are currently counsels of record for Defendant in the above-referenced case.

3. Irreconcilable differences have arisen between the undersigned and the Defendant, which require the undersigned to withdraw as counsels of record. Several of the non-attorney/client privilege issues caused by the Defendant are as follows:

    a. Defendant sent a letter to AUSA Maxwell advising her not to advise either Mr. Seitles or myself of the contact and offering to work for the government after the case is over to "clean up the B.O.P." Of course, Ms. Maxwell turned over the letter

    to the undersigned about two (2) weeks ago. A copy of the letter is attached hereto as *Composite Exhibit A*.

  b. The Defendant used the undersigned's name on an email account that did not correspond to the undersigned (i.e. Frank Quintero). The Defendant claimed that it was a mistake, when confronted by the undersigned. The government claims that it was done intentionally to disguise the communication as B.O.P. would not be reading attorney/client communications. This presents a serious conflict for both undersigned counsels.

  c. During the week of April 23, 2018, after being advised not to contact the Prosecutors or any law enforcement officers without the approval of undersigned counsel, the Defendant contacted a federal agent in Cleveland via email without the undersigned's knowledge and/or approval. A copy of the proof of the contact is attached hereto as *Exhibit B*.

  d. Continuously blaming the undersigned attorneys for actions taken by the co-defendant's former counsel in disclosing the location of a warehouse where controlled substances were found.

  e. Advising undersigned counsel that he wants to plead guilty on one day and then sending emails stating he wants to go to trial.

4. Based on the foregoing and many other issues which cannot be disclosed it has become impossible to represent this Defendant.

5. Upon the Court's granting of this Motion, the Defendant would request twenty (20) days within which to secure substitute counsel(s). In the event that the Defendant is able to

secure substitute counsel(s) earlier than the aforementioned twenty (20) days, they will promptly notify the Court and the other Party.

WHEREFORE, **QUINTERO BROCHE, P.A. AND SEITLES & LITWIN, P.A.,** respectfully prays this Honorable Court grants this Motion and enters an Order permitting Quintero Broche, P.A, Frank Quintero, Jr., Seitles & Litwin, P.A., and Marc Seitles to withdraw as counsel for the Defendant, Daniel Angel Rodriguez; relieving Quintero Broche, P.A., Frank Quintero, Jr., Seitles & Litwin, P.A., and Marc Seitles of any and all further duties or responsibilities with respect to this Defendant in this action; and granting such other relief as it deems just and equitable, including affording the Defendant at least twenty (20) days within which to retain new counsel in this action should he so choose.

Respectfully submitted,

QUINTERO BROCHE, P.A.
Attorneys for Defendant

By: /sFrank Quintero, Jr.
     FRANK QUINTERO, JR.
     Florida Bar No.: 399167

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was electronically filed in this action via CM/ECF on this 30th day of April, 2018, and copies served upon all counsel of record.

Respectfully submitted,
QUINTERO BROCHE, P.A.
75 Valencia Ave., 8th Floor
Coral Gables, Florida 33134
Tel.: 305-446-0303
Fax: 305-446-4503

By:   /s/Frank Quintero, Jr.
      FRANK QUINTERO, JR.
      Florida Bar No.: 399167

SEITLES & LITWIN, P.A.
40 NW 3rd St., PH 1
Miami, Florida, 33128
Tel: 305-403-8070
Fax: 305-403-8210

By:   /s/Marc Seitles
      Marc Seitles
      Florida Bar No.: 178284

*COMPOSITE EXHIBIT A*

Dear Mrs. Maxwell

I realize that my attorney's would have a heart-attack if they knew I was reaching out to you. But it's my expressed wish that this correspondence remain strictly confidential, and privileged between you, your agents and I.

This letter is a complete aside from my case... Once my matter is over with I would like to offer myself to you and your agents. The U.S Prison System (B.O.P) is a Smorgasbord of criminal activity. i.e Gang violence, Drug and Money traffickin fraud, Malfeasances.. etc. All of which extends beyond Prison walls.

A Job of Sorts; I have the ties and know how, with a concerted effort we could change the prison landscape.

At the right time we'll meet to discuss this further' should you wish to. THANK YOU

Sincerely

Danny A. Rodriguez

3/18/18

Danny Rodriguez
48128-004
FDC
PO BOX 019120
Miami, FL 33101

Att. Privilege Mail

Asst. U.S Attorney
Mrs. Cristina Maxwell
U.S Att. Office - SDFL
11200 NW 20th St.
Miami, FL 33172

33172-182625

*EXHIBIT B*

# Frank Quintero

| | |
|---|---|
| **From:** | Cronin, Matthew J. (USAOHN) <Matthew.Cronin@usdoj.gov> |
| **Sent:** | Friday, April 27, 2018 4:56 PM |
| **To:** | Frank Quintero; 'Marc Seitles (mseitles@seitleslaw.com)' |
| **Subject:** | Danny Rodriguez Email |

Hi guys,

My agent informed me today that Danny Rodriguez sent him an email from prison. He has not accepted the email yet (I guess the BOP system has a right of refusal). Are you alright with him sending these emails with more information? The proffer letter would cover it.

Thanks,

Matthew J. Cronin
Assistant United States Attorney
United States Attorney's Office
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
Direct Dial: 216.622.3955
Fax: 216.522.8355
Matthew.Cronin@usdoj.gov



**CONFIDENTIAL U.S. ATTORNEY EMAIL COMMUNICATION**
The information contained in this electronic message and any and all accompanying documents constitutes confidential information and may be privileged. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited and may be unlawful. If you are not an intended addressee, or received this message in error, please notify us immediately at the above number to make arrangements for its return.

1