UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-20904-CR-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,
    Plaintiff,
v.

DANNY ANGEL RODRIGUEZ,
    Defendant.
_____/

## ORDER

THIS MATTER is before the Court regarding defense counsels' Motion to Withdraw as Counsels for Defendant (DE #39). Having inquired of the defendant, the defendant's counsel and the government at the May 7, 2018 hearing, it is

ORDERED AND ADJUDGED that the Motion to Withdraw as Counsels for Defendant (DE #39) is **GRANTED**. Mr. Frank Quintero, Jr., Esq., and Mr. Marc Seitles, Esq., are relieved of any further responsibility in this case. Mr. Seitles shall refund to the defendant's father $20,000.00 by **May 8, 2018**. It is further

ORDERED AND ADJUDGED that this matter is set for a report re counsel on **Monday, May 14, 2018** at **3:00 PM** at the C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, 5th Floor, Miami, Florida 33128. **New counsel for the defendant shall appear at this hearing unless he or she has filed a notice of permanent appearance.** It is further

ORDERED AND ADJUDGED that the Clerk of the Court shall **SEAL** the Motion to Withdraw as Counsels for Defendant (DE #39) and Exhibits 1 through 3 from the May 7, 2018 hearing until further Order from this Court. The sealed portion of the May 7, 2018 hearing shall not be transcribed without prior permission from the Court.

DONE AND ORDERED in Chambers at Miami, Florida this **7th** day of May, 2018.

JOHN J. O'SULLIVAN
U. S. MAGISTRATE JUDGE

Copies provided to:
United States District Judge Ungaro
All Counsel of Record