UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-20904-CR-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,
      Plaintiff,

v.

DANNY ANGEL RODRIGUEZ,
      Defendant.
_____/

## **ORDER**

      THIS MATTER is before the Court on the Defendant, Danny Angel Rodriguez' Motion to Seal Defendant's Notice of Filing the Expert Reports of Dr. Gregory B. Dudley, Ph.D. and Dr. Anthony P. DeCaprio, Ph.D. (DE# 190, 11/6/18). Having reviewed the applicable filings and the law, it is

      ORDERED AND ADJUDGED that the Defendant, Danny Angel Rodriguez' Motion to Seal Defendant's Notice of Filing the Expert Reports of Dr. Gregory B. Dudley, Ph.D. and Dr. Anthony P. DeCaprio, Ph.D. (DE# 190, 11/6/18) is **DENIED**. The defendant has not shown good cause why these documents should be sealed. The presumption in favor of public access is particularly strong where, as here, the parties are relying on those documents in order to seek relief from the Court. See United States v. Bradley, No. 405cr059, 2007 WL 1703232, at *2 (S.D. Ga. Jun. 11, 2007) (noting that "documents that directly affect an adjudication and play a significant role in determining a litigants' substantive rights are entitled to the strongest presumption [of public access]"). It is further

      ORDERED AND ADJUDGED that the Defendant, Danny Angel Rodriguez' Notice of Filing the Expert Reports of Dr. Gregory B. Dudley, Ph.D. and Dr. Anthony P. DeCaprio, Ph.D. (DE# 191, 11/6/18) is **STRICKEN** from the record. The defendant has leave to re-file the document on the docket, if he deems it appropriate. It is further

      ORDERED AND ADJUDGED that the Clerk of the Court is directed to **UNSEAL** Defendant, Danny Angel Rodriguez' Motion to Seal Defendant's Notice of Filing the Expert Reports of Dr. Gregory B. Dudley, Ph.D. and Dr. Anthony P. DeCaprio, Ph.D. (DE# 190, 11/6/18).

      DONE AND ORDERED, in Chambers, at Miami, Florida this **6th** day of November, 2018.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE