UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-20904-CR-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DANNY ANGEL RODRIGUEZ,
    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Motion to Seal Objections to PSR (DE# 185, 10/31/18). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Motion to Seal Objections to PSR (DE# 185, 10/31/18) is **GRANTED in part and DENIED in part**. The Motion to Seal Objections to PSR (DE# 185, 10/31/18) shall remain sealed. The Defendant Danny Angel Rodriguez's Objections to Presentence Investigation Report (DE# 179, 10/29/18) as filed will be SEALED. However, the defendant shall file a redacted copy of his objections to the PSR. The redacted copy shall only redact those portions of the objections that relate to the sensitive areas referred to in the defendant's motion to seal.

DONE AND ORDERED, in Chambers, at Miami, Florida this **7th** day of November, 2018.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE