UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cr-20904-UU-1

UNITED STATES OF AMERICA,

v.

DANNY ANGEL RODRIGUEZ,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court following the sentencing hearing on April 29, 2019.

THE COURT, having considered the pertinent parts of the record and being otherwise fully advised in the premises, hereby ORDERS AND ADJUDGES as follows:

1. The parties having stated on the record at the hearing that they have no objections to Magistrate Judge O'Sullivan's Report and Recommendations on Defendant's Motion to Proceed *Pro Se* (the "Report"), the Report, D.E. 337, is RATIFIED, ADOPTED, and AFFIRMED.

2. Defendant's Motion to Proceed *Pro Se*, D.E. 313, is GRANTED.

3. Ana M. Davide is APPOINTED as stand-by counsel. The Clerk of Court shall TERMINATE all other counsel for the Defendant.

4. **On or before Monday, May 6, 2019**, Defendant SHALL provide to the Courtroom Deputy a list of witnesses (together with their addresses) he intends to call on the following subjects, along with a brief summary of each witness's anticipated testimony on the subject(s):

    a. the leader-organizer enhancement under U.S.S.G. § 3B1.1;

    b. the enhancement for maintaining a premises for the purpose of manufacturing or distributing a controlled substance under U.S.S.G. § 2D1.1(b)(12); and

    c. the enhancement for use of friendship, affection, etc. to involve another individual in the illegal purchase, sale, transport, or storage of controlled substances under U.S.S.G. § 2D1.1(b)(15)(A).

Defendant may call **no more than 3 witnesses** other than himself on each of the above topics, absent a showing of good cause. If witnesses need to be compelled to appear, Defendant shall provide all writs or other process necessary for the Court to compel the witnesses' appearance.

5. **On or before Monday, May 6, 2019**, the Government SHALL supply Defendant, directly and not through stand-by counsel, with all Title III phone calls relating to the investigation of Defendant. The Government may provide the calls in digital format, provided it ensures that the format is accessible by Defendant.

6. Defendant's Motion to Seal his Sentencing Memorandum and Motion for a Downward Departure and/or Variance, D.E. 335, is DENIED. There is no reason to seal the entirely of the Sentencing Memorandum. Additionally, the fact that the Defendant was debriefed several times is already a matter of public record. As for the Defendant's psychological evaluation, Defendant should have filed the evaluation as a designated exhibit so that it could be separated and sealed, but failed to do so.

7. The sentencing hearing shall be continued by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this _30th__ day of April, 2019.

*(signature)*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Danny Rodriguez, *pro se*
counsel of record via cm/ecf