UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cr-20904-UU-1

UNITED STATES OF AMERICA,

v.

DANNY ANGEL RODRIGUEZ,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon Defendant's *pro se* Motion to Seal Exhibit A, which are BOP phone call logs (D.E. 385) (the "Motion").

THE COURT, having considered the Motion and the pertinent portions of the record and being otherwise fully advised in the premises, hereby ORDERS AND ADJUDGES that the Motion, D.E. 385, is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this __5th__ day of June, 2019.

                              URSULA UNGARO
                              UNITED STATES DISTRICT JUDGE

copies provided:
Danny Angel Rodriguez, *pro se*

counsel of record via cm/ecf

1