# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cr-20904-UU-1

UNITED STATES OF AMERICA,

v.

DANNY ANGEL RODRIGUEZ,

    Defendant.

_____/

# **ORDER**

THIS CAUSE is before the Court upon Defendant's *pro se* Motion for Return of Property (D.E. 476) (the "Motion"), in which he seeks the return of $4,600 seized from "Account 6006" pursuant to a seizure warrant.

THE COURT has reviewed the Motion and pertinent parts of the record and is otherwise fully advised in the premises.

This matter was referred to Chief Magistrate Judge O'Sullivan, who, on January 27, 2020, following an evidentiary hearing, issued a Report (D.E. 587) (the "Report") recommending that the Motion be DENIED because: (1) the seizure warrant was properly executed; (2) the funds were subject to forfeiture as property involved in the money laundering offense; (3) Defendant does not have clean hands; and (4) Defendant's father is not entitled to the money. D.E. 587

Defendant timely filed objections to the Report. D.E. 591, 594.[1] Defendant's first objection relates to his dissatisfaction with Magistrate Judge Turnoff not recusing himself from signing the seizure warrant. D.E. 594 at 1–4. This Report adequately addresses this objection. D.E. 587 at 11–

---

[1] Docket entries 591 and 594 are duplicative. For ease of reference, the Court will refer to D.E. 594.

13. Defendant also argues that the seizure warrant was "unconstitutional" and improperly executed. D.E. 594 at 5–7. The Report sufficiently addresses the objections.

Upon *de novo* review, the Court agrees with Magistrate Judge O'Sullivan's recommendations and concurs in all his findings. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report, D.E. 587, is ADOPTED, RATIFIED, AND AFFIRMED in all respects. It is further

ORDERED AND ADJUDGED that the Motion, D.E. 476, is DENIED. It is further

ORDERED AND ADJUDGED that the objections, D.E. 591 and 594, are OVERRULED.

DONE AND ORDERED in Chambers at Miami, Florida, this _17th__ day of March, 2020.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Danny Angel Rodriguez, *pro se*
counsel of record via cm/ecf