UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20904-CR-ALTONAGA/Reid

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**DANNY ANGEL RODRIGUEZ**,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** came before the Court on Defendant's Objections to Report and Recommendation Denying Defendant's Motion for Release Pending Trial [ECF No. 763], filed on March 19, 2025. The Government filed a Response [ECF No. 779]. Having reviewed the Report and Recommendation Denying Defendant's Motion for Release Pending Trial [ECF No. 758], and the entire record; and having made a *de novo* determination[1] with respect to those portions of the Report to which Defendant has objected, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 758]** is **AFFIRMED** in its entirety, and the Objections **[ECF No. 763]** are **OVERRULED**. Defendant's Motion for Release Pending Trial **[ECF No. 731]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 4th day of April, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record

---

[1] "The Court need not do over every step done by a magistrate judge on which there was some objection. *De novo* review means review without any deference; it does not mean that a district judge must redo the case without consideration of what the magistrate judge has written." *DeJonge v. Burton*, No. 1:16-cv-980, 2018 WL 4929756, at *1 (W.D. Mich. Oct. 11, 2018) (quotation marks and citation omitted).