UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20904-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**DANNY ANGEL RODRIGUEZ**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation on Change of Plea, entered on September 15, 2025 [ECF No. 860]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 860]** is **AFFIRMED AND ADOPTED**, and Defendant, Danny Angel Rodriguez's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 19th day of September, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**